# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

| | |
|---|---|
| VIRGINIA RIVERA,<br>Plaintiff,<br><br>-against-<br><br>BEST BUY,<br><br>Defendant. | Filed:<br><br>INDEX NO.<br><br>Plaintiff designates Bronx County as the place of trial.<br><br>**SUMMONS**<br><br>The basis of venue is Plaintiff's residence:<br>575 EXTERIOR ST<br>Bronx, New York |

**To the above named Defendant:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after service of this summons is complete if this summons is not personally delivered to you within the State of New York.

In case of your failure to answer this summons, a judgment by default will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: Bronx, New York
March 26, 2024

**By: Joseph Bove, Esq.**
**DELLA MURA & CIACCI LLP.**
Attorneys for Plaintiff
981 Allerton Avenue
Bronx, New York 10469
(718) 405-1500

BEST BUY
610 EXTERIOR ST
Bronx, New York 10451

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

VIRGINIA RIVERA,
Plaintiff,

-against-

BEST BUY,
Defendant.

INDEX NO.

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys, DELLA MURA & CIACCI LLP., as and for her Complaint, respectfully alleges, upon information and belief:

1. The plaintiff, VIRGINIA RIVERA, at all times herein mentioned was and still is a resident of the County of Bronx and the State of New York.

2. The defendant BEST BUY, at all times herein mentioned, was and still is a corporation organized and existing under the laws of the State of New York, with its principal place of business situated in the County of Bronx and the State of New York.

3. The defendant BEST BUY, at all times herein mentioned was and still is a foreign corporation duly licensed and authorized to do business in the State of New York.

4. The defendant, BEST BUY, at all times herein mentioned conducted and carried on business in the County of Bronx and the State of New York.

5. The defendant, BEST BUY, at all times herein mentioned was and still is a partnership doing business in the County of Bronx and the State of New York.

6. The defendant, BEST BUY, at all times herein mentioned was and still is a limited liability partnership doing business in the County of Bronx and the State of New York.

7. The defendant, BEST BUY, at all times herein mentioned was and still is a limited liability corporation doing business in the County of Bronx and the State of New York.

8. The defendant, BEST BUY, at all times herein mentioned was and still is a sole

proprietorship doing business in the County of Bronx and the State of New York.

9. At all times herein mentioned, defendant BEST BUY transacted business within the State of New York.

10. At all times herein mentioned, defendant BEST BUY derived substantial revenue from goods used or consumed or services rendered in the State of New York.

11. At all times herein mentioned, defendant BEST BUY expected or should reasonably have expected its acts to have consequences in the State of New York.

12. At all times herein mentioned, defendant BEST BUY derived substantial revenue from interstate or international commerce.

13. At all times herein mentioned, VIRGINIA RIVERA was lawfully upon defendant's premises.

14. At all times herein mentioned, the defendant BEST BUY owned the premises located at 610 EXTERIOR STREET, BRONX, NY.

15. At all times herein mentioned, the defendant BEST BUY was one of the owners of the premises located at 610 EXTERIOR STREET, BRONX, NY.

16. At all times herein mentioned, the defendant BEST BUY was a lessee of the premises located at 610 EXTERIOR STREET, BRONX, NY.

17. At all times herein mentioned, the defendant BEST BUY, defendant's servants, agents and/or employees operated the premises located at 610 EXTERIOR STREET, BRONX, NY.

18. At all times herein mentioned, the defendant BEST BUY, defendant's servants, agents and/or employees maintained the premises located at 610 EXTERIOR STREET, BRONX, NY.

19. At all times herein mentioned, the defendant BEST BUY, defendant's servants, agents and/or employees managed the premises located at 610 EXTERIOR STREET, BRONX,

NY.

20. At all times herein mentioned, the defendant BEST BUY, defendant's servants, agents and/or employees controlled the premises located at 610 EXTERIOR STREET, BRONX, NY.

21. At all times herein mentioned, the defendant BEST BUY, defendant's servants, agents and/or employees supervised the premises located at 610 EXTERIOR STREET, BRONX, NY.

22. On or before December 21, 2023, the defendant BEST BUY, defendant's servants, agents and/or employees repaired the premises located at 610 EXTERIOR STREET, BRONX, NY.

23. On or before December 21, 2023, the defendant BEST BUY, defendant's servants, agents and/or employees inspected the premises located at 610 EXTERIOR STREET, BRONX, NY.

24. On or before December 21, 2023, the defendant BEST BUY, defendant's servants, agents and/or employees constructed the premises located at 610 EXTERIOR STREET, BRONX, NY.

25. On or before December 21, 2023, the defendant BEST BUY, defendant's servants, agents and/or employees designed the premises located at 610 EXTERIOR STREET, BRONX, NY.

26. At all times herein mentioned, it was the duty of the defendant BEST BUY, defendant's servants, agents and/or employees to maintain said premises located at 610 EXTERIOR STREET, BRONX, NY, in a reasonably safe and suitable condition and in good repair.

27. Solely as a result of the defendant's negligence, carelessness and recklessness, VIRGINIA RIVERA was caused to suffer severe and serious personal injuries to mind and body,

and further, that VIRGINIA RIVERA was subjected to great physical pain and mental anguish.

28. By reason of the foregoing, VIRGINIA RIVERA was severely injured and damaged, sustained severe nervous shock and mental anguish, great physical pain and emotional upset, some of which injuries are believed to be permanent in nature and duration, and VIRGINIA RIVERA will be permanently caused to suffer pain, inconvenience and other effects of such injuries; VIRGINIA RIVERA incurred and in the future will necessarily incur further hospital and/or medical expenses in an effort to be cured of said injuries; and VIRGINIA RIVERA will be unable to pursue VIRGINIA RIVERA's usual duties with the same degree of efficiency as prior to this accident, all to VIRGINIA RIVERA's great damage.

29. This action falls within one or more of the exceptions set forth in Section 1602 of the Civil Practice Law and Rules.

30. Due to defendant's negligence, plaintiff is entitled to damages.

**WHEREFORE**, the plaintiff demands judgment awarding damages, in an amount exceeding the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with interest and the costs and disbursements of this action, and such other and further relief as to this Court seems just and proper.

Dated: Bronx, New York
March 26, 2024

**By: Joseph Bove, Esq.**
**DELLA MURA & CIACCI LLP.**
Attorneys for Plaintiff
981 Allerton Avenue
Bronx, New York 10469
(718) 405-1500

# VERIFICATION

STATE OF NEW YORK )
SS.:
COUNTY OF Bronx )

Virginia Rivera, being duly sworn, deposes and says:

That deponent is the plaintiff in the within action. That deponent has read the foregoing Summons & Verified Complaint and knows the contents therein to be alleged upon information and belief and that as to those matters, deponent believes them to be true.

[signature]

Sworn to before me this
28th day March, 2024

[signature]
Notary Public

JOSEPH ROVE
Notary Public, State of New York
No. 02RO5036547
Qualified in Westchester County
Commission Expires November 28, 2026

*Index No.* *Year 20*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

VIRGINIA RIVERA,

Plaintiff,

-against-

BEST BUY,

Defendants.

## SUMMONS AND VERIFIED COMPLAINT

DELLA MURA & CIACCI LLP
ATTORNEYS AND COUNSELLORS AT LAW

*Attorney(s) for* **PLAINTIFF**

981 ALLERTON AVENUE
BRONX, NEW YORK 10469

TELEPHONE (718) 405-1500

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:*.................................. Signature ..................................

Print Signer's Name..................................

*Service of a copy of the within* *is hereby admitted.*

*Dated:*

..................................
*Attorney(s) for*

*PLEASE TAKE NOTICE*

Check Applicable Box

☐ NOTICE OF ENTRY — *that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on* *20*

☐ NOTICE OF SETTLEMENT — *that an Order of which the within is a true copy will be presented for settlement to the Hon.* *, one of the judges of the within-named Court, at*
*on* *20* *, at* *M.*

*Dated:*

DELLA MURA & CIACCI LLP
ATTORNEYS AND COUNSELLORS AT LAW

*Attorney(s) for*

*To:*

981 ALLERTON AVENUE
BRONX, NEW YORK 10469

*Attorney(s) for*