```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRGINIA RIVERA,

                       Plaintiff,                      24-CV-09826 (SN)

-against-                                           **ORDER**

BEST BUY STORES, L.P.,

                       Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a status conference on July 24, 2025. The deadline to complete fact discovery is extended to September 30, 2025. Plaintiff's disclosure of expert evidence as required by Rule 26(a)(2)(A), (B), or (C), including the identities and reports of experts, shall be made by October 14, 2025. The disclosure of Defendant's rebuttal expert evidence shall be made by November 14, 2025. All expert discovery shall be completed by December 5, 2025. Any summary judgment motion shall be filed, without a pre-motion letter, by January 9, 2026. If neither party files a motion for summary judgment, the Court will schedule trial in the spring of 2026.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     July 24, 2025
               New York, New York