UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRGINIA RIVERA,

                                 Plaintiff,                    24-CV-09826 (SN)

-against-                                        **ORDER OF DISMISSAL**

BEST BUY STORES, L.P.,

                                 Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On October 7, 2025, the mediator assigned to this case reported that the parties have reached a settlement on all issues. Accordingly, it is ORDERED that this action is dismissed with prejudice, provided, however, that within 30 days of the date of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      October 8, 2025
                 New York, New York